# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| | ) | |
| Jonathan Josue Acevedo-Cruz | ) | 25-304 ( M ) |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 25, 2025__ in the county of __--__ in the __----__ District of __Puerto Rico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Reentry of Removed Alien |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.
Reviewed by: AUSA Emelina Agrait
Government respectfully requests temporary detention.
"Subscribed and Sworn pursuant to FRCP 4.1 at  5:27PM  by telephone, this  26th  day of March 2025."

☑ Continued on the attached sheet.

*Complainant's signature*

LUIS O GONZALEZ-ENCARNACION
Digitally signed by LUIS O GONZALEZ-ENCARNACION
Date: 2025.03.26 12:49:50 -04'00'

Luis O. Gonzalez-Encarnacion, HSI Special Agent
*Printed name and title*

Date: __03/26/2025__

*Judge's signature*

City and state: __San Juan, Puerto Rico__     Hon. Marshal D. Morgan, U.S. Magistrate Judge
*Printed name and title*