## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT

I, Luis Gonzalez-Encarnacion, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with Homeland Security Investigations (HSI) and have been since December 2023. I am currently assigned to the Immigration Crimes Group in San Juan, Puerto Rico. Prior to my appointment as a Homeland Security Investigations Special Agent, I was assigned in 2019 as a United States Border Patrol agent. As a Homeland Security Investigations Special Agent, I have received formal and on the job training and I am authorized to investigate violations of laws of the United States and to execute and serve any order, subpoena, summons, warrant, or other process issued under the authority of the United States. I am familiar with the statutes of the United States Code, and as a federal law enforcement officer, I have participated in investigations, surveillance, interviews, interrogations, arrests, searches, seizures, administration of oaths, and in taking and considering evidence concerning the privilege of any person to enter, reenter, pass through, or reside in the United States. Based on my law enforcement experience detailed herein, as well as my training, and experience of other law enforcement officers who are participating in this investigation, serve as the basis for the conclusion set forth herein.

2. This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and does not set forth all of my knowledge about this matter. I make this affidavit based on my own personal knowledge and on oral and written reports by other federal, state, and/or local law enforcement agents and officers that investigated this matter. This affidavit does not contain all the information derived from this investigation only that which is sufficient to demonstrate probable cause to believe that a crime has been committed.

3. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of 8 U.S.C. § 1326(a) – Illegal Reentry of removed alien has been committed by Jonathan Josue ACEVEDO-Cruz.

## PROBABLE CAUSE

4. On March 6, 2025, Enforcement and Removal Office (ERO), received information from a source of information (SOI) that an illegal alien was residing adjacent to his residence in Carolina, Puerto Rico.

5. The address where the suspected illegal alien is residing, provided by the SOI is Parcelas Buenaventura, Calle Gladiola #231, Carolina, PR 00985 (Residence).

6. The information received from the SOI is as follows; SOI notified ERO that he overheard a female adult screaming to a male subject residing in the residence to remember that he used her United States Citizen (USC) son's valid United States Government travel documents to travel from Texas to Puerto Rico.

7. SOI provided multiple pictures from social media belonging to the female adult who resides at the Parcelas Buenaventura address where the suspected illegal alien is residing.

  

8. On March 07, 2025, ERO conducted a surveillance utilizing an unmarked vehicle at the residence. ERO was able to identify multiple vehicles at the residence. The vehicles license plates came back to the female adult resident.

9. On the same day, ERO was able to observe a subject come out of the residence with similar physical characteristics as the male depicted in the social media photos provided by the SOI.

10. On March 12, 2025, ERO performed another surveillance on the residence and was able to observe a subject with similar characteristics of the male depicted in the photos provided by the SOI. The subject was observed outside of the residence working on a bicycle.

11. Screenshot taken from a video taken of the subject from the surveillance performed by ERO on 3/12/2025.



12. On March 25, 2025, at approximately 08:00 am, the subject was encountered and detained without incident by Immigration and Customs Enforcement (ICE) / Enforcement and Removal Operations (ERO) / CAP Fugitive Operations Unit (FUG OPS) in conjunction with Homeland Security Investigations Agents (HSI) at 231 Calle Gladiola, Parcelas Buenaventura, Carolina, Puerto Rico.

13. During the encounter the subject provided a El Salvadorian identification card and identified himself as ACEVEDO-Cruz, Jonathan Josue a El Salvadorian citizen. ACEVEDO-Cruz claimed to have entered San Juan, Puerto Rico via Dallas, TX with a temporary El Salvadorian passport obtained at the El Salvadorian consulate in Texas. ACEVEDO-Cruz mentioned that he was present in the United States without admission or parole.

14. ACEVEDO-Cruz was then transported to the San Juan ICE/ERO Processing Center where his fingerprints where collected. ACEVEDO-Cruz was read his *Miranda* rights and requested to talk to a lawyer. No further question was performed.

15. As to ACEVEDO-Cruz's immigration history, record checks revealed that:

    a. ACEVEDO-Cruz is a native and citizen of El Salvador by virtue of his birth in La Paz, El Salvador.

    b. On July 12, 2013, ACEVEDO-Cruz received a final order of removal from a designated immigration official.

    c. On August 29, 2013, ACEVEDO-Cruz was physically removed from the United States to El Salvador.

16. Record checks also revealed that as of March 25, 2025, ACEVEDO-Cruz had not submitted an application requesting permission to enter the United States (Form I-212) before the United States Citizenship and Immigration Services ("USCIS"). Thus, ACEVEDO-Cruz has not obtained consent from the Secretary of Homeland Security to enter the United States, nor does he have any immigration documents allowing him to legally enter and/or remain in the United States.

17. On March 25, 2025, ACEVEDO-Cruz, a national and citizen of El Salvador, was found in the United States after been previously removed from the United States. ACEVEDO-Cruz

was not admitted, inspected, or paroled into the United States by an immigration officer, nor did ACEVEDO-Cruz present himself at a designed port of entry for inspection.

## CONCLUSION

18. Based on the forgoing, and based upon my training, experience and participation in this and other investigations, I believe that sufficient probable cause exists to demonstrate that Jonathan Josue ACEVEDO-Cruz reentered the United States after being removed resulting in violations to 8 U.S.C. § 1326 (a) – *Reentry of removed alien.*

I hereby declare, under penalty of perjury, that the foregoing is true and correct and to the best of my knowledge.

LUIS O GONZALEZ-ENCARNACION
Digitally signed by LUIS O GONZALEZ-ENCARNACION
Date: 2025.03.26 12:54:28 -04'00'

Luis O. Gonzalez-Encarnacion
Special Agent
Homeland Security Investigations

Subscribed and sworn to //////  pursuant to FRCP 4.1 on this  26th  day of March 2025, at  5:27PM .

Hon. Marshal D. Morgan
United States Magistrate Judge
District of Puerto Rico