IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>       v.<br><br>Jonathan Josue Acevedo-Cruz,<br>    Defendant. | CRIMINAL NO. 25-304 (M) |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

1.   Enter the appearance of the undersigned Assistant Federal Public Defender (AFPD) as counsel for Jonathan Josue Acevedo-Cruz.

2.   Under policy of the Federal Public Defender for the District of Puerto Rico, notice of electronic filings are requested to be made jointly to the case assigned AFPD's email, to the Federal Public Defender at PRX_Notifications, and to Rafael_Rivera@fd.org.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 28th day of March, 2025.

**Rachel Brill**
**Federal Public Defender Office**
**District of Puerto Rico**

*S / Joseph Adam Niskar*
Joseph Adam Niskar
USDC-PR 03007
241 F.D. Roosevelt Avenue
San Juan, PR  00918-2441
T: (787) 281-4922 / F: (787) 281-4899
Email: Joseph_Niskar@fd.org