IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| UNITED STATES OF AMERICA, | INDICTMENT |
|---|---|
| v. | CRIMINAL NO. 25-173 (PAD) |
| JONATHAN JOSUE ACEVEDO CRUZ | VIOLATION: 8 U.S.C. §§ 1326 (a) (ONE COUNT) |
| Defendant | |

THE GRAND JURY CHARGES:

## COUNT ONE
### Re-entry of Removed Alien
(Title 8, *United States Code*, Sections 1326 (a)

On or about March 25, 2025, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

**JONATHAN JOSUE ACEVEDO CRUZ,**

who is an alien, as the term is defined in Title 8, *United States Code*, Section 1101(a)(3), and who had been previously removed from the United States, was found in the United States, without obtaining, prior to his re-embarkation at a place outside the United States, the express consent of the Secretary of Homeland Security to reapply for admission into the United States. All in violation of Title 8, *United States Code*, Sections 1326(a)

W. STEPHEN MULDROW
United States Attorney

Jenifer Y. Hernández-Vega
Assistant United States Attorney
Chief, Child Exploitation, Immigration Unit

Carlos J. Romo Aledo
Special Assistant United States Attorney

TRUE BILL

Foreperson
Dated: April 3, 2025

RECEIVED & FILED
CLERK'S OFFICE
APR - 3 2025
US DISTRICT COURT
SAN JUAN, PR