

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

1 MINUTE

**MINUTE OF PROCEEDINGS**  DATE: April 3, 2025
**U.S. MAGISTRATE JUDGE GISELLE LOPEZ-SOLER**  AUSA: Emelina Agrait-Barreto
COURT REPORTER: **ZOOM**  COURTROOM NO. **OSJ 6** (Hybrid Proceeding)

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*Plaintiff*<br><br>vs.<br><br>Jonathan Josue Acevedo-Cruz (1)<br><br>*Defendant(s)* | Return of<br>Indictment by the Grand Jury<br>Criminal No. **25-cr-00173 PAD)** |

Indictment was filed in open court.

**Arraignment set for April 7, 2025 at 1:30 PM in Hato Rey Courtroom 2 before U.S. Magistrate Judge Giselle López-Soler.**

Case is assigned to Judge Pedro A. Delgado-Hernández.

**NEW CASE**:

☐ This Indictment supersedes Criminal Case No. -----.

☒ Defendant(s) **appeared** in 25-mj-00304.  Magistrate case merged and closed.

☐ Defendant(s) charged in magistrate case -----, but **not arrested**.  Magistrate case merged and closed.

☐ Defendant(s) **not charged** in magistrate case.

☐ The Court granted the government's motion to seal.

☒ Defendant(s) to remain on same bond.

☐ Defendant(s) is/are under custody.  Marshal to produce the defendant(s).

☐ Arrest warrant(s) to be issued.

☐ Summons to be issued.

*s/María Luz Díaz*
Courtroom Deputy Clerk