IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>JONATHAN JOSUE ACEVEDO-CRUZ,<br>Defendant. | Crim. No. 25-173 (PAD) |

## WAIVER OF APPEARANCE AT ARRAIGNMENT

Under Federal Rule of Criminal Procedure 10(b), Jonathan Acevedo-Cruz hereby waives his personal appearance at the scheduled arraignment and requests the Court enter a plea of **NOT GUILTY** to the sole count in the indictment.

Mr. Acevedo-Cruz acknowledges that he has received a copy of the indictment, DE-12, and has reviewed and discussed the same with his attorney. Mr. Acevedo understands the general nature of the charge alleged against him and has discussed the possible penalties with counsel.

Mr. Acevedo-Cruz was advised by his attorney of (1) his right under the Sixth Amendment and Rules 10 and 43 of the Federal Rules of Criminal Procedure to be personally present in court to be arraigned and (2) his right to have the indictment read to him in open court.

Mr. Acevedo-Cruz understands his rights and, under the advice of his counsel, freely and voluntarily waives his right to be present at the arraignment and have the indictment read to him in open court.

WHEREFORE, Mr. Acevedo-Cruz waives his formal arraignment and enters a plea of **NOT GUILTY**.

This 4th day of April 2025.

_____
Jonathan Josue Acevedo-Cruz

RESPECTFULLY SUBMITTED

In San Juan, Puerto Rico, this 4th day of April 2025.

RACHEL BRILL
Federal Public Defender
District of Puerto Rico

_____
Joseph A. Niskar (AFPD/G-3007)
Federal Public Defender Office
241 F.D. Roosevelt Ave.
San Juan, PR 00918
Tel. (787) 281-4922 / Fax (787) 291-4899
Email: Joseph_Niskar@fd.org