IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff,

v.                                                CRIMINAL NO. 25-173 (PAD)

**[1] JONATHAN JOSUE ACEVEDO-CRUZ**
Defendant.

**MOTION IN RESPONSE TO ORDER AT DOCKET 18**

TO THE HONORABLE COURT:

COMES NOW the United States of America by and through the undersigned

attorneys and before this Honorable Court very respectfully states and prays as follows:

1. The Government informs that one (1) video related to this case exists.

2. The video will be disclosed as evidence to Defendant in the next discovery
   package.

3. No additional audio or video recordings exist beyond this video.

4. The Government therefore asks the Court to find that it has complied
   with the preservation of evidence requested by the Defense.

**WHEREFORE,** the United States requests that this Court find that it has

complied with the preservation request and the order at Docket 18.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this May 5th, 2025.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notificationof such filing to all attorneys of record.

W. STEPHEN MULDROW
UNITED STATES ATTORNEY

s/Carlos J. Romo Aledo
Carlos J. Romo Aledo
Special Assistant United States Attorney
USDC 230407
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
(787) 766-5656
carlos.romo.aledo@usdoj.gov