IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                      CASE NO. 25-173 (PAD)

JONATHAN JOSUE ACEVEDO-CRUZ,

        Defendant.
_____/

## MOTION TO CONTINUE STATUS CONFERENCE

This Honorable Court has scheduled a status conference for May 30, 2025. At the present time, undersigned counsel is finalizing his review of the discovery to determine whether to file any pretrial motions on behalf of Mr. Acevedo-Cruz. At the same time, the parties have been engaged in plea negotiations in an attempt to resolve this case.

**WHEREFORE**, Defendant moves this Honorable Court to take notice of the instant motion and grant the relief requested by continuing the status conference for approximately thirty (30) days.

**I HEREBY CERTIFY** that on this date I electronically filed the present motion with the Clerk of Court using the CM/ECF system which will send notification of such filing to the parties of record.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 28th day of May 2025.

*** Intentionally Left Blank ***

        **RACHEL BRILL**
        Chief Federal Defender
        District of Puerto Rico

        ***/s/ Joseph A. Niskar***
        Joseph A. Niskar /G-03007
        Assistant Federal Public Defender
        241 F.D. Roosevelt
        San Juan, PR  00917
        Tel.: 787-281-4922
        Email: Joseph_Niskar@fd.org