IN THE UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>    Plaintiff,<br><br>vs.<br><br>**JONATHAN J. ACEVEDO-CRUZ,**<br>    Defendant. | **CRIMINAL NO.: 25-173 (PAD)** |

<b><u>MOTION FOR CHANGE OF ADDRESS</u></b>

TO THE HONORABLE COURT:

The defendant, Jonathan J. Acevedo-Cruz ("Mr. Acevedo"), through the undersigned counsel, respectfully requests and states as follows:

1. On March 26, 2025, Mr. Acevedo was arrested and charged with re-entry of a removed alien, in violation of 8 U.S.C. § 1326(a). (Docket Nos. 1, 12).

2. That same day, the Court granted Mr. Acevedo conditions of release. Bail was set in the amount of $10,000.00 unsecured with Mr. Acevedo's signature, home incarceration with EMD, and other standard conditions. Also, as part of his conditions of release, Mr. Acevedo shall reside at the address of record. (Docket No. 9)

3. Currently, Mr. Acevedo's address of record is: Barrio Buenaventura, Calle Gladiola #231B, Carolina, PR. Mr. Acevedo lives there with his domestic partner Digna West and her elderly mother. Ms. West has rented a new house, located in: Carretera 966 lo H9 Zarzal Arriba, Río Grande, PR.

4. Since Mr. Acevedo has to move into the new residence, he respectfully requests that he be permitted to change his address of record to the new house in Río Grande and that arrangements be made with the U.S. Probation Office to transfer his EMD to his new address at the time of his move.

WHEREFORE, the Defendant, Jonathan J. Acevedo-Cruz, respectfully requests this Honorable Court grant this motion and permit him to change his address.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, 8th day of August, 2025.

RACHEL BRILL
Chief Defender
District of Puerto Rico

*s/ Ivan Santos-Castaldo*
Ivan Santos-Castaldo
Assistant Federal Public Defender
USDC-PR No. 302814
241 F.D. Roosevelt Ave.
Hato Rey, P.R. 00918-2441
(787) 281-4922/ Fax (787) 281-4899
E-mail: ivan_santos@fd.org