1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**THE UNITED STATES OF AMERICA**
**Plaintiff,**

      **vs.**                 **CASE NO. 25-00077-001 (RAM)**

**Jonathan Alomar-Reyes**
**Defendant**
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### MOTION NOTIFYING VIOLATION OF CONDITIONS OF RELEASE AND REQUESTING THE ISSUANCE OF AN ARREST WARRANT

**COMES NOW, FRANKLIN CASTILLO-FERNANDEZ, U.S. PROBATION OFFICER** of this Honorable Court, providing the following information:

1. On May 7, 2025, the Honorable Raúl M. Arias-Marxuach, U.S. District Judge, signed the defendant's Order Setting Conditions of Release on an $25,000.00 unsecured bond, substance abuse testing and treatment, Electronic Location Monitoring, Third Party Custodian (TPC), among other conditions of release.

2. On July 23, 2025, at 10:45PM, the USPO received an alert form the Location Monitoring (LM) system that the defendant had removed his Location Monitoring Device form his person. The USPO attempted to contact the defendant several times, however, there was no answer, and the phone calls were sent directly to voicemail. At 10:59 the USPO received an alert from the LM system that the device had left the premises of the home.

3. On July 24, 2025, the USPO contacted the defendant`s TPC who met him at the defendant`s home to try to gain access, but after calling and knocking on the door there was no answer.

2

4. As of the filling of this motion, the defendant`s whereabouts are unknown. Taking into consideration the above-mentioned information, the defendant is in violation of the following conditions of release:

*(7)(f): "The defendant must abide by the following restrictions on personal association, residence, or travel: Shall reside at the address of record, shall not leave the jurisdiction of this district without first obtaining written permission from the court. Shall not enter any airport or pier, unless authorized by the PT officer."*

*(7)(p): "The defendant must participate in one of the following location monitoring restrictions programs and comply with its requirements as directed."*

*(7)(p)(iii): "Home detention: you are restricted to your residence at all times except for employment, education, religious services; medical, substance abuse or mental health treatment; attorney visits; court appearances; court ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer."*

*7(q)" The defendant must submit to the following location monitoring technology and comply with it requirements as directed:"*

**WHEREFORE**, in view of the aforementioned, it is respectfully requested that the Court take notice of the contents of this motion issue an arrest warrant for the defendant and set a show cause hearing as to why the defendant`s bond should not be revoked."

3

In San Juan, Puerto Rico, this 24th day of July 2025.

                                     Respectfully submitted,

                                     LUIS O. ENCARNACION, CHIEF
                                     U.S. PROBATION OFFICER

                                     ***s/Franklin Castillo-Fernández***
                                     Franklin Castillo-Fernández
                                     U.S. Probation Officer
                                     150 Carlos Chardón Ave.
                                     Federal Office Building, Office 225
                                     San Juan, PR 00918
                                     Tel. No. (787) 766-5596
                                     Fax No. (787) 766-5945
                                     Franklin_castillo@prp.uscourts.gov

## **CERTIFICATE OF SERVICE**

I HEREBY certify that I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties in this case.

In San Juan, Puerto Rico, this 24th day of July 2025.

                                     ***s/ Franklin Castillo-Fernández***
                                     Franklin Castillo-Fernández
                                     U.S. Probation Officer