# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>JONATHAN JOSUE ACEVEDO CRUZ,<br>Defendant. | No.: Case 25-173-PAD |

### United States' Response to Defendant's Request for Change of Address

COMES NOW the United States of America, to inform that it would not object to the request for a change of address as to this defendant given the United States Probation Office position at ECF no. 31

**WHEREFORE,** the United States requests that this Honorable Court take notice of the foregoing.

Respectfully submitted,

In San Juan, Puerto Rico, this 18th day of August, 2025.

W. STEPHEN MULDROW
United States Attorney

s/Carlos J. Romo Aledo
Carlos J. Romo Aledo
Special Assistant United States Attorney
USDC 230407
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
(787) 766-5656
carlos.romo.aledo@usdoj.gov

*Case 13-433-JAG*
*United States v. CARLOS RIVERA-VELÁZQUEZ*

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing to be presented to the Clerk of the Court for filing and uploading to the CM/ECF system, which will generate an electronic notice of this filing to be sent to the parties.

In San Juan, Puerto Rico, this 18th day of August, 2025.

.

                                          s/Carlos Romo-Aledo
                                          Carlos Romo-Aledo
                                          Special Assistant United States Attorney