IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**

      vs.                                                   CASE NO: 25-00173-001 (PAD)

**Jonathan Josue Acevedo-Cruz**
**Defendant**

\* \* \* \* \* \* \* \* \* \* \* \*

## MOTION IN RESPONSE TO COURT ORDER

**COMES NOW, FRANKLIN CASTILLO-FERNANDEZ, U.S. PROBATION OFFICER** providing the following information:

1. On August 8, 2025, Mr. Acevedo-Cruz, through counsel, filed a motion requesting that his conditions of bond me modify to allow him to change his address of record.

2. On August 11, 2025, the Court ordered the US Probation Officer to respond to the motion by the August 18th.

3. The US Probation Office has no opposition as to the defendant`s relocation request.

**WHEREFORE,** the United States Probation Office does not oppose the proposed change of address.

In San Juan, Puerto Rico this 19th day of August 2025.

                                    Respectfully submitted,

                                    LUIS ENCARNACION-CANALES, CHIEF
                                    U.S. PROBATION OFFICER

                                    *s/ Franklin Castillo-Fernandez*
                                    Franklin Castillo-Fernandez
                                    U.S. Probation Officer
                                    150 Carlos Chardón Ave.
                                    Federal Office Building, Office 225
                                    San Juan, PR 00918
                                    Tel. No. (787) 766-5596
                                    Fax No. (787) 766-5945
                                    Email: Franklin_castillo@prp.uscourts.gov

**CERTIFICATE OF SERVICE**

I HEREBY certify that I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties in this case.

In San Juan, Puerto Rico this 19th day of August 2025.

*s/Franklin Castillo-Fernandez*
Franklin Castillo-Fernandez
U.S. Probation Officer
150 Carlos Chardón Ave.
Federal Office Building, Office 225
San Juan, PR 00918
Tel. No. (787) 766-5596
Fax No. (787) 766-5945
Email: Franklin_castillo@prp.uscourts.gov