## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>vs.<br><br>JONATHAN JOSUE ACEVEDO-CRUZ,<br>    Defendant. | CRIMINAL NO.: 25-173 (PAD) |

### MOTION FOR CHANGE OF PLEA

TO THE HONORABLE COURT:

The defendant, Jonathan J. Acevedo-Cruz ("Mr. Acevedo"), through the undersigned counsel, respectfully states and prays as follows:

Mr. Acevedo requests that the Court schedule a change of plea hearing, in which he can change his previously entered plea of not guilty to one of guilty pursuant to a straight plea as to the charge in the Indictment.

WHEREFORE, the Defendant, Jonthan J. Acevedo-Cruz, respectfully requests that the Court take notice of the above and grant the requested relief.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 19th day of September, 2025.

    RACHEL BRILL
    Chief Defender
    District of Puerto Rico

    ***s/ Ivan Santos-Castaldo***
    Ivan Santos-Castaldo
    USDC-PR No. 302814
    241 F.D. Roosevelt Ave.
    Hato Rey, P.R. 00918-2441
    (787) 281-4922/ Fax (787) 281-4899
    E-mail: ivan_santos@fd.org