## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, | **CRIMINAL NO.: 25-173 (PAD)** |
| vs. | |
| **JONATHAN JOSUE ACEVEDO-CRUZ,** Defendant. | |

### MOTION TO CONTINUE SENTENCING HEARING

TO THE HONORABLE COURT:

The defendant, Jonathan J. Acevedo-Cruz ("Mr. Acevedo"), through the undersigned counsel, respectfully states and prays as follows:

1. On October 6, 2025, Mr. Acevedo pled guilty to the sole count in the Indictment, pursuant to a straight plea. (Docket No. 37). The Court ordered an expedited PSR and set the sentencing hearing for November 4, 2025, at 9:30AM. (*Id.*).

2. After speaking to his counsel following the change of plea hearing, Mr. Acevedo informs that he does not waive the 35-day period imposed by Rule 32(e)(2) of Criminal Procedure to provide the PSR before sentencing. Instead, Mr. Acevedo requests that a full presentence investigation report be prepared, in accordance with Rule 32.

3. Accordingly, given that the sentencing hearing is set to take place in less than 35 days, Mr. Acevedo requests that the sentencing hearing be continued.

4. The undersigned will be on annual leave from December 11, 2025, until January 7, 2026. The Court set a sentencing hearing for January 16, 2026, at 10:30AM, in Criminal No. 25-035, in which the undersigned also represents the defendant and SAUSA Carlos Romo-Aledo represents the government. The undersigned proposes that

the Court resets Mr. Acevedo's sentencing hearing for January 16, 2026, at 11:00AM, or any other time available to the Court.

WHEREFORE, the Defendant, Jonthan J. Acevedo-Cruz, respectfully requests that the Court take notice of the above and grant the requested relief.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 7th day of October, 2025.

RACHEL BRILL
Chief Defender
District of Puerto Rico

***s/ Ivan Santos-Castaldo***
Ivan Santos-Castaldo
USDC-PR No. 302814
241 F.D. Roosevelt Ave.
Hato Rey, P.R. 00918-2441
(787) 281-4922/ Fax (787) 281-4899
E-mail: ivan_santos@fd.org